7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Cammy Rhea Cooper
*Debtor*

*Bankruptcy Case No.*
11−62424−abf7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
13−06029−abf

v.

**Cammy Rhea Cooper**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is entered in favor of Plainiff, and against the defendant Cammy Rhea Cooper. The discharge of Defendant Cammy Rhea cooper is hereby DENIED. The parties shall bear their own costs.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 1/3/14

Court to serve